**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORTMYERS DIVISION**
www.flmb.uscourts.gov

---

In Re:                                                                           Case #17-05871
**Debtor:** Richard Marple                                              Chapter 13

---

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 11 Clubhouse Place Rotonda West, FL 33947*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 11-20-2017 and the following parties were present:

1. [   ] The Debtor:
2. [   ] The Debtor's Attorney:
3. [   ] The Lender's Representative:
4. [   ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 11-20-2017 but not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 10.23.17                     Signature of Mediator: _____ //s// Robin Dermer
                                                Printed Name: Robin Dermer
                                                Address: 3801 SE 21st Place Cape Coral, FL 33904
Copies To:                              Phone: (239) 220-1773
[All Parties to Mediation]    Email: robindermer@gmail.com